UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERRENCE LYNOM,

    Plaintiff,

v.

LT. HANES, CAPT. JEREMY MOUNT,
TRAVIS A. SCOTT and NURSE SHIRLEY,

    Defendants.

Case No. 17-cv-682-JPG-DGW

## **MEMORANDUM AND ORDER**

    This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 38) of Magistrate Judge Donald G. Wilkerson recommending that the Court deny as moot the motions for summary judgment filed by defendants Nurse Shirley and Lt. Hanes (Docs. 25 & 26) and dismiss the remaining claims in this case without prejudice for failure to prosecute.

    The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

    The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 38);

- **DENIES as moot** the defendants' motions for summary judgment (Docs. 25 & 26);

- **DISMISSES** the remaining claims in this case **without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: July 10, 2018**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**