UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERRENCE LYNOM,

    Plaintiff,

v.

LT. HANES, CAPT. JEREMY MOUNT,
TRAVIS A. SCOTT and NURSE SHIRLEY,

    Defendants.

Case No. 17-cv-682-JPG-DGW

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to prosecute this action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: July 10, 2018**    JUSTINE FLANAGAN, Acting Clerk of Court

    **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**